UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-0725 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

On behalf of Defendants United States Department of Justice and United States Securities and Exchange Commission ("SEC"), the undersigned counsel respectfully requests that the Court reschedule by at least seven days the status conference presently set for 11:00 a.m. on April 4, 2022. Plaintiff consents to the relief requested herein.

In support of this motion, Defendants state as follows:

1. This case involves Plaintiff's allegations that former employees of the United States Attorney's Office for the Southern District of Florida and Miami-based SEC officials disclosed documents in violation of the Privacy Act. The case was originally assigned Civil Action No. 21-2151.

2. On February 3, 2022, the Court granted Defendant's Motion to Transfer this action to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). ECF No. 15.

3. After various judges recused themselves from the case, ECF Nos. 18, 20, 22, 24, 25, on March 1, 2022, the Court entered a Clerk's Default, entering default against Defendants, ECF No. 29. On March 4, 2022, Plaintiff moved for a default judgment as to liability and a hearing on damages. ECF No. 30. Defendants moved to set aside the default judgment and for

an extension of time to respond to Plaintiff's motion for a default judgment and an evidentiary hearing. ECF Nos. 33, 35. On March 7, 2022, Plaintiff moved again for a default judgment and an evidentiary hearing. ECF No. 34.

4. After another United States District Judge recused himself, the Southern District of Florida *sua sponte* transferred this case to the District of Columbia. ECF No. 36-37. Upon arrival in this District, the case was assigned Civil Action No. 22-0725.

5. On March 23, 2022, the Court issued a Minute Order stating that it requires additional information following the recent transfer of the case back from the Southern District of Florida and ordering the parties to appear for a telephonic status conference at 11:00 a.m. on April 4, 2022.

6. The undersigned counsel for Defendants has a jury trial that will commence on March 28, 2022, in *Coulibaly v. Blinken*, Civ. A. No. 14-0712 (RC). Given the number of listed trial witnesses and the nature of the relevant facts and issues, it is possible that the trial will last longer than one week and continue into the week of April 4, 2022. Because of this possibility, Defendant respectfully requests that the Court reschedule the telephonic status conference to the week of April 11, 2022.

7. On March 23, 2022, pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiff to inquire as to whether there is opposition to this request and to determine whether there were dates next week on which Plaintiff's counsel could be available to appear at a status conference. Based on these discussions, the undersigned reports that Plaintiff and the undersigned counsel are generally available during the week of April 11, 2022.[1]

---

[1] At this time, counsel for Defendants' only commitment during the week of April 11, 2022, is a post-discovery status conference in *Korsah v. United States of America*, Civ. A. No. 20-3580 (TNM), which is set for 10:00 a.m. on April 13, 2022.

8. This is the first time that Defendants have requested an extension of the status conference scheduled for April 4, 2022. The requested extension will not affect any other deadlines in the case. Defendants are unaware of any prejudice to any person if the Court were to grant this motion.

For the reasons set forth above, Defendants respectfully request that the Court grant this motion and reschedule the status conference for an appropriate time during the week of April 11, 2022. A proposed order is submitted herewith.

Dated: March 23, 2022               Respectfully submitted,

                                    MATTHEW M. GRAVES, D.C. Bar #481052
                                    United States Attorney

                                    BRIAN P. HUDAK
                                    Acting Chief, Civil Division

                                    _____/s/ *Paul Cirino*_____
                                    PAUL CIRINO, D.C. Bar #1684555
                                    Assistant United States Attorney
                                    Civil Division
                                    U.S. Attorney's Office for the District of Columbia
                                    555 4th Street, N.W.
                                    Washington, D.C.  20530
                                    Telephone: (202) 252-2529
                                    paul.cirino@usdoj.gov

                                    *Counsel for Defendants*