UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN MULLANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-0725 (RBW) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAW OF APPEARANCE OF COUNSEL

Defendants request that the Clerk of the Court please withdraw the appearance of Assistant United States Attorney Derek S. Hammond as counsel for defendants in the above-captioned case. Defendants continued to be represented by Assistant United States Attorney John Bardo.

Dated: January 18, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *Derek S. Hammond*
DEREK S. HAMMOND,
D.C. Bar # 1017784
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2511

*Attorneys for the United States of America*